IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR11 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY HARDENBROOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 37). The Court notes that the plaintiff does not oppose the motion and that defendant has filed a waiver of speedy trial (Filing No. 38). Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, December 6, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The date will accommodate not only the schedule of the Court but will give the parties time to prepare for trial or pursue plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 15, 2011, and December 6, 2011, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court