IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR11 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY HARDENBROOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the brief in support of motion for departure or deviation from the guidelines shall be restricted pursuant to the E-Government Act.

DATED this 31st day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court