IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR11 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY HARDENBROOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw document (Filing No. 60). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant's motion to extend self-surrender date (Filing No. 59) is deemed withdrawn.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court